Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 64512.—Gitkin Co. *v.* United States, protest 59/21862 (San Francisco).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 64513.—R. H. Macy & Co., Inc. *v.* United States, protest 59/31337 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 64514.—Chester K. Stoner *v.* United States, protests 321429–K and 58/14067 (Tampa).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 64515.—New York Merchandise Co. *v.* United States, protests 59/9950, etc. (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.